### Illinois Collieries Company v. Arthur Haveron.

This case is controlled by the decision in Illinois Collieries Co. v. Davis, *ante*, p. 15.

Action in case for personal injuries. Appeal from the Circuit Court of Madison county; the Hon. R. D. W. HOLDER, Judge, presiding. Heard in this court at the February term, 1907. Affirmed. Opinion filed September 13, 1907.

GEORGE O'BRIEN and JETT & KINDER, for appellant.

KEEFE & SULLIVAN, for appellee.

PER CURIAM. All the controlling facts in this case except the name of appellee are identical with the case of Illinois Collieries Company v. George Davis, *ante*, p. 15. Appellee here is the Arthur Haveron mentioned in that case as being engaged as a co-shot-firer with George Davis, the appellee in that case, at the time of his injury.

All that we have said in our opinion in that case applies to this.

In the record of this case, as in that, we find no substantial error. The judgment of the Circuit Court is affirmed.

*Affirmed.*